UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EDUARDO ROSADO,                                            :
:
                        Plaintiff,                  :
:        24-CV-7581 (VSB)
            -against-                                 :
:        **ORDER**
CITY OF NEW YORK, *et al.*,                                :
:
                      Defendants.                 :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 7, 2024, (Doc. 1), and filed an affidavit of service with regard to the City of New York on October 17, 2024, (Doc. 7). The deadline for Defendant City of New York to respond to Plaintiff's complaint was November 6, 2024. To date, Defendant City of New York has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment with regard to Defendant City of New York, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 27, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 20, 2024
              New York, New York

*[signature]*
VERNON S. BRODERICK
United States District Judge