Granted. The initial pretrial conference is adjourned sine die. The parties shall file a joint status report within 5 days after completion of the Section 1983 Plan.

SO ORDERED:

04/04/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**LUCA DIFRONZO**
(212) 356-2354
ldifronz@law.nyc.gov
*Assistant Corporation Counsel*

April 4, 2025

**VIA ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Rosado v. the City of New York, et al.*, 24 Civ. 7581 (VSB) (RWL)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of York, and the attorney for defendants the City of New York and NYPD Officer Husamedin Umer. Defendants respectfully request an adjournment of the deadline to submit a proposed case management plan in light of this case's participation in Local Civil Rule 83.10 (the "§ 1983 Plan"), as well as an adjournment of the date of the initial conference *sine die* to after the § 1983 Plan's completion. This is defendants' first request to adjourn these deadlines, and plaintiff consents.

    By way of relevant background, plaintiff alleges claims under 42 U.S.C. § 1983 arising from his July 27, 2023 arrest on charges of, *inter alia*, disorderly misconduct. *See generally* ECF No. 1. On October 8, 2024 this case was designated as subject to Local Civil Rule 83.10, which applies to actions brought in the Southern District against NYPD officers alleging constitutional torts pursuant to 42 U.S.C. § 1983. *See* Minute Entry dated October 8, 2024. As the Court is no doubt well-aware, pursuant to Local Civil Rule 83.10, certain limited discovery and deadlines are pre-established in § 1983 Plan cases, such that a formal case management and discovery plan is premature at this time. For similar reasons, the initial conference currently scheduled for April 30, 2025, *see* ECF No. 19, would be more productive after the Plan's completion.

Accordingly, defendants respectfully request the Court adjourn the deadline to submit a proposed case management plan and the date of the initial conference *sine die* to after the § 1983 Plan's completion. Thank you for your consideration of these requests.

                                              Respectfully submitted,

                                              *Luca Difronzo /s*

                                              Luca Difronzo
                                              *Assistant Corporation Counsel*
                                              New York City Law Department
                                              100 Church Street
                                              New York, NY 10007
                                              (212) 356-2354
                                              ldifronz@law.nyc.gov

cc:     **VIA ECF**
        Evan Brustein
        *Plaintiff's attorney of record*